**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronald Leland LANGDALE,
Defendant–Appellant.**

No. 00–50207.
D.C. No. CR–99–00757–AHM.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and
RAWLINSON, Circuit Judges.

## MEMORANDUM [2]

Ronald Leland Langdale appeals his conviction and 37–month sentence for bank robbery in violation of 18 U.S.C. § 2113(a). His attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.